IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARDO J. MOJICA-CARRION, | No. 4:24-CV-00857 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ERIC D. SMITH, | |
| Defendant. | |

## ORDER

**AND NOW**, this 6th day of November 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's motion (Doc. 47) for summary judgment under Federal Rule of Civil Procedure 56 is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge